UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
                                           :

UNITED STATES OF AMERICA

                                           :                **UNSEALING ORDER**

        - v. -

                                             :                **23 Mag. 2234**

CHARLES RILEY CONSTANT,
   a/k/a "Chuck Constant,"              :

                      Defendant.     :

                                             :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

Upon the application of the United States, by the United States Attorney for the Southern District of New York, DAMIAN WILLIAMS, by Assistant United States Attorney Sarah Lai;

WHEREAS, a complaint docketed as 23 Mag. 2234 (the "Complaint") and a corresponding arrest warrant for defendant Charles Riley Constant (the "Arrest Warrant") were filed under seal on March 20, 2023;

WHEREAS, Charles Riley Constant was arrested in Texas on March 22, 2023, on the charges in the Complaint, and is expected to be presented in the Magistrate Court for the Eastern District of Texas on March 23, 2023;

WHEREAS, the United States Attorney's Office has applied to have the Complaint and Arrest Warrant be unsealed for all purposes, effective immediately; it is hereby

ORDERED that the Complaint and Arrest Warrant be unsealed for all purposes, effective immediately.

Dated:      New York, New York
              March 22, 2023

_____
THE HONORABLE SARAH NETBURN
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK