IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| | § |
| | § CRIMINAL NO. 4:23MJ125 |
| v. | § |
| | § |
| CHARLES RILEY CONSTANT | § |

## ORDER ON MOTION TO CONTINUE

On this date the Court considered Defendant Charles Riley Constant's Unopposed Motion for Continuance for Arraignment Appearance Ordered as a Condition of Release [Dkt. #7]. Upon consideration of the Motion, the Court finds that the motion should be and is hereby GRANTED.

IT IS ORDERED that the arraignment set for March 31, 2023, is hereby reset for April 4, 2023, at the Daniel Patrick Moynihan U.S. Courthouse, 500 Pearl Street, Courtroom 5A, New York, New York, 10007. The exact time shall be determined by the Arraignments Division of the Southern District of New York.

**IT IS SO ORDERED**.

**SIGNED this 30th day of March, 2023.**

_____
Christine A. Nowak
UNITED STATES MAGISTRATE JUDGE

ORDER – Page 1